IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MEARION ALVIN HARRIS,          )<br>    Plaintiff,          )<br>              )<br>v.          )<br>              )<br>DALLAS AREA RAPID TRANSIT,          )<br>    Defendant.          ) | 3:10-CV-2653-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Plaintiff's objections, filed on May 6, 2011 are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's motion to dismiss is **GRANTED,** and the complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Signed this 11th day of May, 2011.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE